Charles B. Goodrich, *Respondent, v.* The Pennsylvania and New York Canal and Railroad Company, *Appellant.* — Motion for leave to appeal to the Court of Appeals denied.

Alexander B. Williams *v.* Belle McIntyre. — Motion for reargument denied.

In the Matter of the Accounts of the Treasurer of Genesee County. — Motion denied.

Fox *v.* Abbott. — Motion for reargument and for leave to appeal to the Court of Appeals denied. Hardin, J., taking no part.

Fannie P. Dampf, *Appellant, v.* Robert C. Vose, *Respondent.* — Judgment and order affirmed.

William Roe, *Respondent, v.* John Hills, *Appellant.* — Judgment of the County Court affirmed, with costs.

Benjamin Cowen, *Appellant, v.* The Onondaga Iron Company, *Respondent.* — Judgment affirmed.

Augustus Frank and another, *Trustees, etc., v.* The Erie and Genesee Valley Railway Company and The Erie Railway Company. — Order affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of the Rochester and Ontario Railway Company, *Respondent, v.* Henry Brinker, *Appellant.* — Orders appealed from reversed, with ten dollars costs in one case and disbursements. The case of *Rau* (70 N. Y., 101), and the case of *Mumford* (MS. opinion of Haight, J.), followed.

Francis E. Cole, *Appellant, v.* Jay M. Cole, *Respondent.* — Order appealed from affirmed.

Alvin Barry, *as President, etc., Respondent, v.* Orrin B. Crandall, *Appellant.* — Order appealed from affirmed.

In the Matter of the Petition of Nathan D. Warren and others, *as Drainage Commissioners, Appellants.* — Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York *ex rel.* Thomas Rutherford, *Respondent, v.* Edwin Bliss and another, *Appellants.* — Appeal dismissed, with ten dollars costs.